162 A.3d 842

**GORDON**

v.

**EPSTEIN**

**Pet. Docket No. 68, Sept.Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2065, Sept. Term, 2015).

Petition for writ of certiorari denied

■

162 A.3d 842

**GREENE**

v.

**DEPARTMENT OF LABOR, LICENSING & REGULATION**

**Pet. Docket No. 31, Sept. Term, 2017**

Court of Appeals of Maryland.

June 21, 2017

Opinion of the Court of Special Appeals unreported (No. 2494, Sept. Term, 2015).

Petition for writ of certiorari denied